PS 8
(4/01)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs. Jordan, Jason					Docket No.   0980 2:12CR02079-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW Carrie A Valencia, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant, Jason Jordan who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton sitting in the court at Yakima, Washington on the 9th day of August, 2013 under the following conditions:

**Condition #20:** Defendant shall undergo a substance abuse evaluation as direct by a U.S. Probation Officer. Prior to the language related to condition number 20, the release order states: Defendant shall complete treatment indicated by an evaluation or recommended by Pretrial Services and shall comply with all rules of a treatment program.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Jason Jordan is alleged to be in violation of his conditions of pretrial supervision in the Eastern District of Washington, by failing to enter into intensive outpatient treatment as recommended.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

Rosanna Malouf Peterson
Chief U.S. District Judge

Respectfully,

s/Carrie A. Valencia

Carrie A Valencia
U.S. Pretrial Services Officer

Place   Yakima, Washington

Date   09/25/2013